■ COUNTEE GILLIAM, Respondent, v CITY OF NEW YORK et al., Defendants, and BONAH CONSTRUCTION CORP., Appellant.— In an action to recover damages for personal injuries, the defendant Bonah Construction Corp. appeals from a judgment of the Supreme Court, Kings County (Michelson, J.), entered July 13, 1990, which, upon a jury verdict, is in favor of the plaintiff and against it in the principal sum of $262,795.

Ordered that the judgment is affirmed, with costs.

Viewed in the light most favorable to the plaintiff, the evidence established a prima facie case of negligence *(see, Lane—Real Estate Dept. Store v Lawlet Corp.,* 28 NY2d 36, 42). Further, the verdict was based upon a fair interpretation of the evidence *(see, Nicastro v Park,* 113 AD2d 129). With respect to allegations of trial error, we find that the trial court did not improvidently exercise its discretion in allowing a late amendment of the plaintiff's bill of particulars to include corrected citations to Administrative Code of the City of New York, as the appellant was not prejudiced thereby *(see,* CPLR 3025 [b], [c]; *cf., Barzaghi v Maislin Transp.,* 115 AD2d 679, 684). The appellant's applications for a mistrial or preclusion of expert testimony following the plaintiff's belated engagement of a medical expert witness were properly denied *(see,* CPLR 3101 [d] [i]; Siegel, Practice Commentaries, McKinney's Cons Laws of NY, Book 7B, CPLR C3101:29A, at 47).

We have considered the appellant's remaining contentions and find them to be without merit. Bracken, J. P., Copertino, Pizzuto and Santucci, JJ., concur.